# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:21-CV-165-RJC-DCK

| | |
|---|---|
| **DARCY TYRRELL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| **RELX INC. EMPLOYEE BENEFITS** | ) |
| **COMMITTEE and SUPPLEMENTAL RELX** | ) |
| **INC. US SEVERANCE PLAN,** | ) |
| | ) |
| **Defendants**. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) filed by Mark W. Merritt, concerning Kyle C. Hansen, on May 11, 2021. Kyle C. Hansen seeks to appear as counsel *pro hac vice* for Defendants. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) is **GRANTED**. Kyle C. Hansen is hereby admitted *pro hac vice* to represent Defendants.

Signed: May 11, 2021

David C. Keesler
United States Magistrate Judge